

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SHAFER PLAZA XX, LTD., | § | No. 08-08-00116-CV |
| | § | |
| Appellant, | § | Appeal from |
| | § | |
| v. | § | 191st District Court |
| | § | |
| BRUNSWICK HOMES, LLC, | § | of Dallas County, Texas |
| | § | |
| Appellee. | § | (TC # 06-04133-J) |
| | § | |

## MEMORANDUM OPINION

Shafer Plaza XX, Ltd. filed a notice of appeal from the trial court's judgment, but did not pay the $175 filing fee required for the appeal or submit an affidavit of indigence before or at the time it filed the notice of appeal. *See* TEX.R.APP.P. 5, 20.1; *see also* TEX.GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (Vernon 2005). On March 7, 2008, the Fifth Court of Appeals notified Appellant that the filing fee had not been paid and that failure to pay the filing fee would result in dismissal of the cause pursuant to TEX.R.APP.P. 42.3(c). Appellant did not pay the filing fee. On April 9, 2008, the Fifth Court of Appeals notified Appellant that the appeal had been transferred to the Eighth Court of Appeals by order of the Supreme Court. By letter dated April 14, 2008, the Clerk of this Court requested that Appellant pay the $175 filing fee. Appellant did not pay the filing fee but counsel for Appellant filed a letter stating that Appellant no longer wished to prosecute the appeal. Accordingly,

we dismiss the appeal.  *See* TEX.R.APP.P. 5 (allowing enforcement of rule), 42.3(b), (c)(involuntary dismissal in civil cases).

July 3, 2008

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Carr, JJ.